EUGENE L. BUSHE et al., Individually and as Trustees for GUNNING S. BEDFORD, 3D, under a Certain Deed of Trust, Respondents, v. MARY E. WRIGHT et al., Respondents, and FREDERICK DEW. WELLS, as Executor of HELEN M. BEDFORD, Deceased, Appellant.

EUGENE L. BUSHE, Individually and as Executor of FREDERICK BEDFORD, Deceased, et al., Respondents, v. MARY E. WRIGHT et al., Respondents, and FREDERICK DEW. WELLS, as Executor of HELEN M. BEDFORD, Deceased, Appellant.

STEPHEN FISKE et al., Individually and as Executors and Trustees under the Will of GUNNING S. BEDFORD, 2D, Deceased, Respondents, v. MARY E. WRIGHT et al., Respondents, and FREDERICK DEW. WELLS, as Executor of HELEN M. BEDFORD, Deceased, Appellant.

Reported below, 118 App. Div. 320, 368.
(Argued November 9, 1908; decided November 17, 1908.)

Two MOTIONS to dismiss the appeal in each of the above-entitled actions from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 29, 1907, affirming a judgment in favor of plaintiffs entered upon the report of a referee.

The motions were made upon the ground that the appellant had no standing in the cases which would entitle him to appeal therein.

*A. L. Humes* for motions.

*O. J. Wells* opposed.

Motions denied, with ten dollars costs in each motion.